# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYSA ALCANTARA, | : | No. 1:16-CV-2353 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| AEROTEK, INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 15th day of June 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Aerotek's motion (ECF No. 27) for summary judgment is **GRANTED** in its entirety.

2. The Clerk of Court is directed to enter judgment in favor of Defendant Aerotek, Inc. and against Plaintiff Raysa Alcantara on all claims.

3. The Clerk of Court shall close this file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge